UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DERRICK L. JOHNSON,

Petitioner,

v.

KELLY MARTINEZ, et al.,

Respondents.

Case No.: 3:26-cv-0715-BTM-AHG

**ORDER DIRECTING ENTRY OF FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

//

//

//

On January 27, 2026, Derrick Johnson ("Petitioner"), incarcerated at the San Diego Central Jail and proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the Ninth Circuit Court of Appeals "that challenges Johnson's criminal proceedings in San Diego County Superior Court case No. SCD310890" along with a motion to proceed in forma pauperis. (ECF Nos. 1–2.) This was transferred to this district on February 2, 2026. (*See* ECF No. 1-3.) On February 23, 2026, the Court denied Petitioner's motion to proceed in forma pauperis and dismissed the case without prejudice. (*See* ECF No. 3.) The Court instructed: "To the extent Petitioner contends he is in custody pursuant to a state court judgment and seeks to challenge the constitutionality of that custody, in order to re-open and proceed with this case, Petitioner must submit, no later than **April 13, 2026**, both (1) a completed Petition form AND (2) either the $5.00 fee or adequate proof of Petitioner's inability to pay the fee. (*Id.* at 5.) The Court alternately directed that: "To the extent Petitioner instead contends he is *not* currently in custody pursuant to a state court judgment and seeks to challenge the constitutionality of that state custody, Petitioner must instead file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, which will be given a different case number." (*Id.*)

It is now well past the Court's April 13, 2026, deadline and Petitioner has not responded to the Court's order. (*See docket.*) Accordingly, this action remains dismissed without prejudice. The Clerk of the Court is now **DIRECTED** to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED.**

Dated: August 10, 2026

Honorable Barry Ted Moskowitz
United States District Judge